# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEMARIO F. EDWARDS, ) <br> ) <br> Defendant. ) | 2:11-CR-357-LDG (PAL) |

# PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 29, 2010, defendant DEMARIO F. EDWARDS pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #16 #17.

This Court finds defendant DEMARIO F. EDWARDS agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Memorandum in Support of Guilty Plea without a Plea Agreement. #1, #16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Memorandum in Support of Guilty Plea without a Plea Agreement and the offense to which defendant DEMARIO F. EDWARDS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1     (a)    Springfield Armory, XD-.45, .45 caliber pistol, bearing serial number XD657126;

2             and

3     (b)    any and all ammunition.

4 This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

9 of DEMARIO F. EDWARDS in the aforementioned property is forfeited and is vested in the United

10 States of America and shall be safely held by the United States of America until further order of the

11 Court.

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16 the name and contact information for the government attorney to be served with the petition,

17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

19 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22 following address at the time of filing:

23     Michael A. Humphreys
       Assistant United States Attorney
24     Daniel D. Hollingsworth
       Assistant United States Attorney
25     Lloyd D. George United States Courthouse
       333 Las Vegas Boulevard South, Suite 5000
26     Las Vegas, Nevada 89101

1 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE