

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEMARIO F. EDWARDS,<br><br>　　　　　Defendant. | 2:11-CR-357-LDG-(PAL) |

## FINAL ORDER OF FORFEITURE

On December 2, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DEMARIO F. EDWARDS to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant DEMARIO F. EDWARDS pled guilty. Criminal Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 19; Change of Plea Minutes, ECF No. 20.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 30, 2012, through February 28, 2012, via the official government internet forfeiture site, www.forfeiture.gov, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 23.

...

...

On January 26, 2012, RON CHENEY, Owner of Lock-N-Load Tactical, was served by personal service with a copy of the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 21, p. 2-8.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(a) Springfield Armory, Geneseo, IL XD, .45 caliber pistol, bearing serial number XD657126; and

(b) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _17_ day of _October_, 2013.

_____
UNITED STATES DISTRICT JUDGE