# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMARIO F. EDWARDS,

    Defendant.

Case No. 2:11-cr-00357-LDG (PAL)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion to Correct Sentence Via Credit for Time Served (ECF No. 51) is DENIED.

DATED this _17_ day of October, 2017.

_____
Lloyd D. George
United States District Judge